UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

VICTOR BROWN, :
      Plaintiff :
 :
v. : CIVIL NO.4:CV-03-0631
 :
: (Judge McClure)
THOMAS JAMES, ET AL., :
      Defendants :

## **ORDER**

November 29, 2006

**Background**

On October 30, 3006, Attorney Lisa Wojdak Basial filed a withdrawal of appearance which was accompanied by an entry of appearance by Attorney M. Abbegael Pacuska. See Record document no. 146. Presently pending is the Plaintiff's motion (Record document no. 148) objecting to the withdrawal/entry of appearance.

Both Attorney Basial and Attorney Pacuska are employees of the Pennsylvania Attorney General's office. Furthermore, there is no indication that the substitution of counsel will unnecessarily delay or impede the disposition of

this matter.  Consequently,

**IT IS HEREBY ORDERED THAT:**

Plaintiff's motion (Record document no. 148) objecting to the withdrawal/entry of appearance filed by Defendants' counsel is denied.

s/ James F. McClure, Jr.
JAMES F. McCLURE, JR.
United States District Judge